USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/22/2026

# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
****mail all correspondence*

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

June 1, 2026

Honorable Andrew L. Carter
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Letter Motion:**
**Extension of Time Request**

**Re: Leslie A. Ocasio v. Comm'r of SSA 1:25-cv-05136-ALC**

Dear Honorable Judge Carter:

Plaintiff previously requested an extension of time through June 1, 2026 in which to file Plaintiff's Brief. Though this request has not been ruled on, Plaintiff intended to meet the previously extended deadline. Unfortunately, counsel has been set behind schedule due a heavy briefing workload in the month of May. As a result, Plaintiff has not been able to timely prepare the brief in this matter. Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended 45 days, through and including July 16, 2026. This is the second request for extension in this case. The Defendant has given consent and has requested that the date for his brief in be extended to 60 days after Plaintiff's due date.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc: Fergus John Kaiser, Esq. (Via ECF)
Attorney for Defendant.

Plaintiff's Motion is GRANTED. Plaintiff's Brief will be marked as timely filed.

SO ORDERED:
Andrew L Carter Jr
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
July 22, 2026